

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00099-CV

**IN THE INTEREST OF Z.M.M.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00639
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 27, 2018.

_____
Rebeca C. Martinez, Justice